**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAMES HENNESSY,**

        **Plaintiff,**

**vs.**                             **Case No.**

**CLIMATE FIRST BANK, a**
**Florida corporation,**

        **Defendant.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JAMES HENNESSY ("Plaintiff"), hereby sues Defendant CLIMATE FIRST BANK, a Florida corporation ("Defendant"), and alleges as follows:

## INTRODUCTION

1. This action is brought to recover actual and liquidated damages based on Defendants' decision to demote and discharge Plaintiff from employment based on his age in violation of the Age Discrimination in Employment Act of 1967 ("ADEA").

## JURISDICTION AND VENUE

2. Plaintiff exhausted administrative remedies under the ADEA and

satisfied all conditions precedent necessary to the maintenance of this action.  Plaintiff filed EEOC Charge No. 511-2023-01985 and received a right to sue letter.

3. Jurisdiction of this Court over this matter is invoked pursuant to 28 U.S.C. § 1331.

4. This Court has personal jurisdiction over Defendants.

5. Venue is appropriate in the Middle District of Florida.

6. At all times material to this action, Plaintiff was a resident of Pinellas County, Florida.

7. At all times material to this action. Defendant CFB had its principal office in Pinellas County, Florida.

## FACTUAL BACKGROUND

8. Plaintiff commenced employment with CFB as its Senior Vice President and Director of Residential Lending on or around August 8, 2022.

9. Plaintiff is a man over 50 years of age.

10. Upon his hiring, Plaintiff was told that he would be responsible for starting and building a residential lending division at CFB as he has decades of experience in that area.

11. Defendant CFB went to great lengths to promote Plaintiff's hiring and his ambitions to its shareholders, many of whom responded warmly and with

excitement for this new development at CFB.

12. In or around January 2023, Defendants demoted Plaintiff to focusing almost exclusively on loans as if he were a loan officer.

13. Defendants filled Plaintiff's previous role with a significantly younger man under the age of 40 with far less experience in the field than Plaintiff.

14. Plaintiff's replacement effectively became his supervisor.

15. While Plaintiff was in his original role, Defendants would not permit him to start building a team of people to create the division, regardless of his efforts to do so such as placing listings for openings and interviewing candidates.

16 Plaintiff's replacement was encouraged to build the team with anybody he saw fit with little to no constraints.

17. On or around April 3, 2023, Defendants terminated Plaintiff's employment.

## COUNT I - DEMOTION IN VIOLATION OF THE ADEA

18. Plaintiff realleges paragraphs 1 through 17 as if fully set forth herein.

19. Plaintiff was demoted because of his age.

20. Plaintiff has been damaged by the conduct of Defendants.

WHEREFORE, Plaintiff requests this Honorable Court to:

    A.    Grant Plaintiff back-pay, liquidated damages, and attorney's

fees and costs.

B.      Grant Plaintiff a trial by jury and such further relief as the Court deems just and equitable.

## COUNT II - DISCHARGE IN VIOLATION OF THE ADEA

21.   Plaintiff realleges paragraphs 1 through 17 as if fully set forth herein.

22.   Plaintiff was terminated because of his age.

23.   Plaintiff has been damaged by the conduct of Defendants.

WHEREFORE, Plaintiff requests this Honorable Court to:

A.      Grant Plaintiff back-pay, liquidated damages, and attorney's fees and costs.

B.      Grant Plaintiff a trial by jury and such further relief as the Court deems just and equitable.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands trial by jury as to all issues so triable.

Respectfully submitted,

BERMAN LAW FIRM, P.A.

By:    */s/ Craig L. Berman*
       Craig L. Berman, Esquire
       BERMAN LAW FIRM, P.A.
       Fla. Bar No. 068977
       111 Second Ave. N.E.; Suite 706
       St. Petersburg, FL 33701

-4-

Phone: (727) 550-8989
Fax: (727) 894-6251
cberman@tampabay.rr.com

**ATTORNEY FOR PLAINTIFF**