UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAMES HENNESSEY,**

      **Plaintiff,**

vs.                                              Case No. 8:23-cv-01289

**CLIMATE FIRST BANK, a**
**Florida corporation,**

      **Defendant.**

_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JAMES HENNESSEY ("Plaintiff"), hereby sues Defendant CLIMATE FIRST BANK, a Florida corporation ("Defendant"), and alleges as follows:

### INTRODUCTION

1. This action is brought to recover actual and liquidated damages based on Defendants' decision to demote and discharge Plaintiff from employment based on his age in violation of the Age Discrimination in Employment Act of 1967 ("ADEA").

### JURISDICTION AND VENUE

2. Plaintiff exhausted administrative remedies under the ADEA and

satisfied all conditions precedent necessary to the maintenance of this action. Plaintiff filed EEOC Charge No. 511-2023-01985 and received a right to sue letter.

3. Jurisdiction of this Court over this matter is invoked pursuant to 28 U.S.C. § 1331.

4. This Court has personal jurisdiction over Defendants.

5. Venue is appropriate in the Middle District of Florida.

6. At all times material to this action, Plaintiff was a resident of Pinellas County, Florida.

7. At all times material to this action. Defendant CFB had its principal office in Pinellas County, Florida.

## FACTUAL BACKGROUND

8. Plaintiff commenced employment with CFB as its Senior Vice President and Director of Residential Lending on or around August 8, 2022.

9. Plaintiff is a man over 50 years of age.

10. Plaintiff has decades of experience leading residential lending operations.

11. Plaintiff's position as SVP and Director of Residential Lending was newly created.

12. After hiring Plaintiff, Plaintiff made Defendant aware that it plan to implement Residential Lending was subject to countless federal reserve

regulations and non-discrimination requirements.

13. Once Plaintiff made Defendant aware that Defendant's Residential Lending program would require the hiring of specialized employees and software, Defendant's CEO decided that he wanted to hire younger executive employees he could easily manipulate to skirt federal lending regulations.

14. Defendant replaced a SVP of Human Resources executive based in part on her age. Other executives reporting directly to Defendant's CEO made disparaging about an older executive.

15. Defendant CFB went to great lengths to promote Plaintiff's hiring and his ambitions to current and prospective shareholders, many of whom responded warmly and with excitement. Defendant knew Plaintiff was highly competent but chose to discard him to avoid compliance with regulations with which the younger replacement had no experience.

16. Defendant's CEO adopted a covert plan in November and December 2022 to replace Plaintiff as SVP and Residential Lending Director who was decades younger than Plaintiff.

17. In or around January 2023, Defendants demoted Plaintiff to focusing almost exclusively on loans as if he were a loan officer. There was no reason articulated for the replacement.

18. Plaintiff's replacement effectively became his supervisor and the younger employee fit the CEO's plan to hire younger executives and present a youthful image. The HR executive mentioned about who was discarded was replaced with a much younger white female with no significant experience.

19. After Defendant decided to hire a younger replacement it could manipulate, Defendants would not permit Plaintiff to build a team of people to create the division, regardless of his efforts to do so such as placing listings for openings and interviewing candidates.

20. Plaintiff's replacement was encouraged to build the team with anybody he saw fit with little to no constraints. The much younger replacement did not have adequate qualifications to replace Plaintiff.

21. On or around April 3, 2023, Defendants terminated Plaintiff's employment and offered no legitimate non-discriminatory reason.

## COUNT I - DEMOTION IN VIOLATION OF THE ADEA

22. Plaintiff realleges paragraphs 1 through 21 as if fully set forth herein.

23. Plaintiff was demoted because of his age and replaced with a younger individual who lacked adequate knowledge or experience to run a residential lending program.

24. Defendant replaced other senior executive based on age and other

unlawful factors.

25. Plaintiff has been damaged by the conduct of Defendants.

    WHEREFORE, Plaintiff requests this Honorable Court to:

    A. Grant Plaintiff back-pay, liquidated damages, and attorney's fees and costs.

    B. Grant Plaintiff a trial by jury and such further relief as the Court deems just and equitable.

## COUNT II - DISCHARGE IN VIOLATION OF THE ADEA

26. Plaintiff realleges paragraphs 1 through 21 as if fully set forth herein.

27. Plaintiff was terminated because of his age. Plaintiff was replaced with an unqualified individual who had never directed a residential lending program.

28. The replacement director was ordered to discharge Plaintiff because Defendant made conscious decisions to present a younger image to stakeholders and potential investors.

29. Plaintiff has been damaged by the conduct of Defendants.

    WHEREFORE, Plaintiff requests this Honorable Court to:

    A. Grant Plaintiff back-pay, liquidated damages, and attorney's fees and costs.

    B. Grant Plaintiff a trial by jury and such further relief as the

Court deems just and equitable.

## **DEMAND FOR TRIAL BY JURY**

Plaintiff demands trial by jury as to all issues so triable.

Respectfully submitted,

BERMAN LAW FIRM, P.A.


By: */s/ Craig L. Berman*
Craig L. Berman, Esquire
BERMAN LAW FIRM, P.A.
Fla. Bar No. 068977
111 Second Ave. N.E.; Suite 706
St. Petersburg, FL 33701
Phone: (727) 550-8989
Fax: (727) 894-6251
cberman@tampabay.rr.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 19, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.


/s/ *Craig L. Berman*
Attorney